No. 79–927.  BOARD OF GOVERNORS OF FEDERAL RESERVE SYSTEM *v.* INVESTMENT COMPANY INSTITUTE.  C. A. D. C. Cir.  Certiorari granted.

No. 79–938.  ALLSTATE INSURANCE CO. *v.* HAGUE, PERSONAL REPRESENTATIVE OF HAGUE'S ESTATE.  Sup. Ct. Minn.  Certiorari granted.

No. 79–952.  THOMAS *v.* REVIEW BOARD OF THE INDIANA EMPLOYMENT SECURITY DIVISION ET AL.  Sup. Ct. Ind.  Certiorari granted.

No. 79–567.  UNITED STATES *v.* DiFRANCESCO.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–935.  ALLEN ET AL. *v.* McCURRY.  C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–939.  DELAWARE STATE COLLEGE ET AL. *v.* RICKS. C. A. 3d Cir.  Certiorari granted limited to Questions 1, 2, and 3 presented by the petition.

No. 79–5267.  PEREZ *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–5602.  FEDORENKO *v.* UNITED STATES.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–1100.  BROWN *v.* BLAMEY.  Sup. Ct. Minn.  Certiorari denied.